IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JESSIE SCOTT,

    Petitioner,

vs.                                     CA 14-0189-LAC-C

ALVIN SPEIGHTS, Community
Correction Manager, Federal Bureau
of Prisons, et al.,

    Respondents.

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 10, 2014 (doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's notice of voluntary dismissal (doc. 9) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 2nd day of July, 2014.

                                                  s/*L.A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**